# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

TERESA GAFFNEY, individually; and
SARAH K. SUSSMAN, individually and as trustee
of the Sussman Family Trust Living Trust,
u/a/d January 19, 2012,

Appellants,

v.

PHILLIP A. BAUMANN, Administrator Ad Litem of the
Estate of John J. Gaffney, deceased,

Appellee.

No. 2D2024-0352
_____

November 22, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; James M. Barton, II, Judge.

Teresa M. Gaffney, pro se.

No appearance for Appellants Sarah K. Sussman and The Sussman
Family Trust.

Michael Ryan Kangas of BaumannKangas Estate Law, Tampa, for
Appellee Estate of John J. Gaffney, deceased.

No appearance for Appellee Phillip A. Baumann, Administrator ad Litem.


**ORDER RESTRICTING APPELLANT, TERESA M. GAFFNEY, FROM
FUTURE PRO SE FILINGS**

PER CURIAM.

On September 12, 2024, this court dismissed this appeal for lack of jurisdiction and issued an order detailing Appellant Teresa Gaffney's initiation of fifteen proceedings in this court related to the lower tribunal's Final Judgment Upon Default in Hillsborough County Circuit Court case numbers 14-CA-003762 and 20-CA-2115. The order directed Gaffney to show cause why this court should not direct the clerk to reject pleadings in this court related to Hillsborough County Circuit Court case numbers 14-CA-003762 and 20-CA-2115 unless the filing is submitted by a licensed Florida attorney. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999) (stating that a court must first provide notice and an opportunity to respond before sanctioning a litigant and prohibiting that litigant from future pro se filings).

Gaffney's response is unavailing as it fails to justify her meritless and repetitive filings. Accordingly, we direct the clerk of this court to place in an inactive file any original proceedings or notices of appeal filed by Appellant Teresa M. Gaffney related to the lower tribunal case numbers listed in this order unless the filing is signed by a member in good standing of The Florida Bar. *See id.*

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.